**Dated: December 17, 2004**

**The following is ORDERED:**



_____
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TIMOTHY CHARLES RATLIFF and** | ) | Case No. 03-74149 |
| **BARBARA LYNN RATLIFF** | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| **TIMOTHY CHARLES RATLIFF and** | ) | |
| **BARBARA LYNN RATLIFF** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adv. No. 04-7018 |
| | ) | |
| **FORD MOTOR CREDIT COMPANY** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This Judgment is rendered pursuant to the Order entered this date in the United States Bankruptcy Court for the Eastern District of Oklahoma and Rule 9021(a), Fed. R. Bankr. P.

JUDGMENT NUMBER 04-0056

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs are granted judgment against the Defendant in that the Plaintiffs are awarded $ 2,476.75 in damages.

FOR WHICH LET EXECUTION ISSUE.

###